## ANDERSON v. NORMAN

No. 357P93

Case below: 111 N.C.App. 265

Petition by defendants and third-party plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## BRADLEY CO. v. TOWN OF CHAPEL HILL

No. 436P93

Case below: 112 N.C.App. 135

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## BROWN v. O'TOOLE

No. 378PA93

Case below: 111 N.C.App. 265

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.

## BUNCOMBE COUNTY EX REL. ANDRES v. NEWBURN

No. 434P93

Case below: 111 N.C.App. 822

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## COBB v. ROCKY MOUNT BD. OF EDUCATION

No. 379P93

Case below: 111 N.C.App. 690

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.